

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

ORIGINAL

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 3, 2008

**By Hand**

The Honorable Henry B. Pitman
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York  10007

    Re:  <u>United States v. Benjamin Cardona, et al.</u>
          07 Cr. 1162 (__)

Dear Judge Pitman:

    The Government respectfully submits this letter to request that the above-referenced Indictment be unsealed and wheeled out to a District Court Judge.  The Government further requests that the docket entry in this case be delayed until tomorrow, January 4, 2008.

                        Respectfully submitted,

                        MICHAEL J. GARCIA
                        United States Attorney

By: _____
    Thomas G. A. Brown
    Assistant United States Attorney
    Telephone:  (212) 637-2194

SO ORDERED:

_____
The Honorable Henry B. Pitman
United States Magistrate Judge
Dated: January 3, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
JAN 0 3 2008