UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA

                                                                                    07 cr 1162 (JGK)

          -against-

                                                                                 **SPEEDY TRIAL ORDER**

BENJAMIN CARDONA, et al.,
                                   Defendant.
------------------------------------------------------------X

**JOHN G. KOELTL, DISTRICT JUDGE:**

       The parties are directed to appear for a conference on **Thursday, January 24, 2008 at 4:00pm** before the Honorable John G. Koeltl.

       The Court prospectively excludes the time from today until **January 24, 2008** in calculating the speedy trial date under 18 U.S.C. 3161 in order to assure effective assistance of counsel and because the ends of justice served by such a continuance outweigh the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(8)(A).

**SO ORDERED.**

                                                                     JOHN G. KOELTL
                                                         UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       January 7, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/8/08