

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/16/2008

*Law Office of*
## Deron R. Castro
80-02 Kew Gardens Road
Suite 701
Kew Gardens, NY 11415

Tel:(718)793-9060
Fax:(718)268-4812

January 14, 2008

Re:  Benjamin Cardona
     07 Cr. 1162 (JGK)

Dear Honorable John G. Koeltl:

As counsel for Benjamin Cardona, I respectfully request that this Court grant the defendant, Mr. Cardona, permission to travel to Nashville, Tennessee on January 17, 2008 and return to New York on January 18, 2008. Such travel is related to Mr. Cardona's business. Mr. Cardona's original bail conditions only permitted travel in the Southern District of New York, Eastern District of New York and the District of Connecticut. I have conferred with AUSA Thomas Brown and the government takes no position in this matter. If you have any questions, please contact me at your earliest convenience.

Sincerely,

Deron Castro, Esq.

Application granted  ✓

Application denied  _____

So Ordered:

John G. Koeltl, U.S.D.J.
1/15/08

*Pre-Trial Services is to be provided with a detailed itinerary & contact information*

Cc:  AUSA Thomas Brown
     Megan Nagy, Pre-Trial Services