AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN _____ DISTRICT OF _____ NEW YORK

United States of America

v.

Benjamin Cardona, et al.

**APPEARANCE**

Case Number: 07 Cr. 1162 (JGK)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

United States of America

I certify that I am admitted to practice in this court.

March 6, 2008
Date

*[Signature]*
Signature

Sharon Frase | SF-4906
Print Name | Bar Number

U.S. Attorney's Office - 1 St. Andrew's Plaza
Address

New York, | New York | 10007
City | State | Zip Code

(212) 637-2329 | (212) 637-0421
Phone Number | Fax Number