USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

United States District Court
Southern District of New York

---

UNITED STATES OF AMERICA,

    - against -

BENJAMIN CARDONA, et al.,

    Defendants.

07 Cr. 1162 (JGK)

SPEEDY TRIAL ORDER

---

JOHN G. KOELTL, District Judge:

The parties are directed to appear for a conference on **October 17, 2008 at 2:30 p.m.**

Because an adjournment is needed to allow defense counsel time to review discovery and to assure the effective assistance of counsel, the Court prospectively excludes the time from today, **August 1, 2008,** until **October 17, 2008** from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED.

Dated:    New York, New York
           August 1, 2008

                                      John G. Koeltl
                                     United States District Judge